FILED: October 18, 2010

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 10-1770
(5:10-cv-00097-BO)

_____

D & M LAND COMPANY, LLC

    Debtor - Appellant

v.

BRANCH BANKING & TRUST COMPANY

    Creditor - Appellee

_____

O R D E R
_____

  Upon consideration of the stipulated motion to dismiss, the Court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

            For the Court--By Direction

            <u>/s/ Patricia S. Connor, Clerk</u>